AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | FILED01 AUG '14 10:17USDC-ORP |
|---|---|---|
| v. | ) | |
| EUGENE JAMES HOLBERT II, a/k/a "G.G." and JAMAR SCHABASS HOLBERT, a/k/a "Meez" | ) ) ) ) ) | Case No. '14-MJ-106 /-2 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2014__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841 (b)(1)(B) | Distribution of Cocaine and Cocaine Base, and Possession with the Intent to Distribute Cocaine and Cocaine Base |
| 21 U.S.C. 846 | Conspiracy to Distribute Cocaine |
| 18 U.S.C. 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit of Travis Law, FBI Metro Gangs Task Force Officer

☑ Continued on the attached sheet.

_____
Complainant's signature

Travis Law, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: __August 1, 2014__

Janice M. Stewart, United States Magistrate Judge
Judge's signature

City and state: __Portland, Oregon__
Printed name and title