**Francesca Freccero, OSB #96287**
**francesca_freccero@fd.org**
**Federal Public Defender's Office**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.  14-MJ-106 (2) |
| **Plaintiff,** | |
| v. | **WAIVER OF PRELIMINARY HEARING** |
| **JAMAR SHABASS HOLBERT,** | |
| **Defendant.** | |

Jamar Shabass Holbert, defendant in the above-entitled case, through counsel, Francesca Freccero, hereby waives his right to a preliminary hearing on the allegations contained in the complaint.

Page 1    WAIVER OF PRELIMINARY HEARING

On August 1, 2014, Mr. Holbert appeared before this Court for arraignment. This Court set a preliminary hearing for August 6, 2014. Mr. Holbert advised this Court that a preliminary hearing might not be required. Since that time, the government advised Mr. Holbert that an Indictment will be sought during the week of August 11, and an additional affidavit concerning the grounds for Mr. Holbert's arrest will be provided to Mr. Holbert within a matter of days.

Undersigned counsel discussed these matters with Mr. Holbert, and discussed with him his right to a preliminary hearing on the allegations in the Complaint. Mr. Holbert knows he would have to be transported to Court both for a preliminary hearing and for an arraignment on any Indictment returned. Based on his review of the affidavit in this case and based on the advice of counsel, Mr. Holbert waives his right to a preliminary hearings and moves this Court to strike the hearing date set for August 6, 2014.

Respectfully submitted on August 2, 2014.

                                            /s/ Francesca Freccero
                                            Francesca Freccero
                                            Attorney for Defendant